# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00505-CV

## In re Scott Braden Cawthon

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift the stay of the proceedings in the underlying case. *See id.* R. 52.10.

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Filed: January 26, 2024